UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMILO BOTERO,

                        Petitioner,

        -against-

WARDEN SHANNON,

                        Respondent.

22-CV-3017 (LTS)

CIVIL JUDGMENT

---

     Pursuant to the order issued April 29, 2022, dismissing the petition,

     IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 29, 2022
           New York, New York

                                                       /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                               Chief United States District Judge